IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 NOV 21 P 12:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Anthony Keith Vaughn #167490 AIS
Full name and prison number
of plaintiff(s)

v.

Officer Scroggins

Aack

Officer Aaron

Lee County Justice Center

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06CV1048-MHT
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Anthony Keith Vaughn

         Defendant(s) Officer Scroggins
                      Officer Aaron

      2. Court (if federal court, name the district; if state court, name the county) Lee County Justice Center 2311 gateway Drive.

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**                                **ADDRESS**

1. Officer Scruggins _____
2. Officer Aaron _____
3. Lee County Justice Center _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED November 2, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violate my Constitutional Right, while in Hand Cuffs, push into a Brick wall and Beat Down By

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

These Two officer which I'm in hand cuffs slam into a brick concrete wall slamming my head in to it.

Dislocate my shoulders and neck. Can't get no medical attention

**GROUND TWO:** Denied my medical attention own behalf They jump dislocate my shoulders and neck.

**SUPPORTING FACTS:** Once they took me Lock up E-6 they kick me in the cell. They say I want see a nurse til I get well. I stay in lock up 2 days I'm still in pain they want let me see a nurse

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Check Into why LEE County Inmate get Treated like Animals

*Anthony K. Vaughn*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-07-06
(Date)

*Anthony K. Vaughn*
Signature of plaintiff(s)

4