■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

ıcer Aaron
e County Detention Center
) Box 2407
ʻika, AL 36801

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 2748

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Iris Bridges_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Iris Bridges

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

06cv1048
 +cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540