IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY KEITH VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06CV1048-MHT |
| ) | |
| OFFICER SCROGGINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 1, 2006, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against the Lee County Justice Center are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I); and

2. That this case be REFERRED back to the Magistrate Judge for further proceedings.

DONE, this the 4th day of January, 2007.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE