IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY KEITH VAUGHN | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-1048-MHT |
| OFFICER SCROGGINS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon review of the court file and for good cause, it is ORDERED that:

1. Defendants SHOW CAUSE on or before February 12, 2007 for their failure to answer or otherwise respond to Plaintiff's complaint as directed by court order filed November 29, 2006;

2. On or before February 12, 2007 Defendants shall FILE an answer and written report to Plaintiff's complaint as directed by court order entered November 29, 2006; and

3. The Clerk MAIL a copy of this Order to Plaintiff and to Defendants Scroggins and Aaron at the Lee County Detention Center, P.O Box 2407, Opelika, Alabama 36801.

Done, this 22nd day of January 2007.

      /s/Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-01048-WC    Document 9    Filed 01/22/2007    Page 2 of 2