**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY KEITH VAUGHN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 3:06-cv-1048-MHT-WC |
| | ) |
| **OFFICER SCROGGINS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW the Defendants in the above-styled cause, by and through their undersigned counsel, and, in response to this Court's Order of January 22, 2007, to show cause why they have failed to respond to the Plaintiff's Complaint, state as follows:

1. The Plaintiff in this matter, Anthony Keith Vaughn, has filed two lawsuits against "Officer Scroggins," "Officer Aaron," and, alternately, the "Lee County Justice Center" and "Lee County Detention," as well as, in one lawsuit, Lee County, Alabama Sheriff Jay Jones.

2. The Defendants in this matter, upon receipt of the Plaintiff's lawsuit, Civil Action Number 3:06-cv-1103, forwarded said lawsuit to undersigned counsel for defense. Due to the similarity of the parties' names in the lawsuits, the case assigned Civil Action Number 3:06-cv-1048, was not forwarded as it was believed to be a part of the same action, with Defendants not noticing the difference in case numbers.

3. In addition to the above, it appears that Civil Action Number 3:06-cv-1048 is a habeas corpus action. Such matters are generally referred to the State of Alabama for defense as they are not in the nature of a civil action normally defended by Defendant's undersigned counsel. The Defendants are in need of additional time in order to determine whether or not this is the proper course for this matter.

WHEREFORE, the Defendants submit the above in response to this Court's Order to Show Cause, and respectfully request an extension of time up to and including March 1, 2007 to respond to the Plaintiff's Complaint in this matter.

Respectfully submitted this 14th day of February, 2007.

                                        **s/Daryl L. Masters**
                                        DARYL L. MASTERS, Bar No. MAS018
                                        Attorney for Defendants
                                        WEBB & ELEY, P.C.
                                        Post Office Box 240909
                                        7475 Halcyon Pointe Dr. (36117)
                                        Montgomery, Alabama  36124
                                        Telephone:  (334) 262-1850
                                        Fax:  (334) 262-1889
                                        E-mail:  rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Anthony Keith Vaughn
AIS #168490
Lee County Detention Center
P. O. Box 2407
Opelika, AL  36801

                                        **s/Daryl L. Masters**
                                        OF COUNSEL