IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY KEITH VAUGHN | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-1048-MHT |
| OFFICER SCROGGINS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' response filed February 14, 2007, which also contains a request for additional time to respond to Plaintiff's complaint, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendants are GRANTED an extension from February 12, 2007 to March 1, 2007 to file their answer and written report.

Done, this 14th day of February 2007.

                                                     /s/Wallace Capel, Jr.
                                                   WALLACE CAPEL, JR.
                                                   UNITED STATES MAGISTRATE JUDGE