## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY KEITH VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 3:06-cv-1048-MHT-WC |
| | ) |
| OFFICER SCROGGINS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME
## TO FILE SPECIAL REPORT

COME NOW Lee County, Alabama Sheriff's Department Officers James Scroggins and Leon Aaron, Defendants in the above-styled cause, and move this Court to grant them an extension of time of one (1) day in which to file their Special Report which is currently due on March 1, 2007. As grounds for this Motion, the Defendants state as follows:

1. Defense counsel is in need of an additional day in which to file Defendants' Special Report due to hazardous weather which is causing its electricity to malfunction.

2. Defense counsel's printing and copying machinery is also malfunctioning due to increment weather conditions.

3. The Plaintiff will not be prejudiced by this one (1) day extension.

WHEREFORE, Defendants request this Court to grant them an extension of time to file their Special Report on or before March 2, 2007.

1

Respectfully submitted this 1st day of March, 2007.

        **s/Ashley Hawkins Freeman**
        DARYL L. MASTERS, Bar No. MAS018
        ASHLEY HAWKINS FREEMAN Bar No. FRE044
        Attorneys for Defendants Scroggins and Aaron
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **1st** day of **March, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Anthony Keith Vaughn
        AIS #168490
        Lee County Detention Center
        P. O. Box 2407
        Opelika, AL 36801

        **s/Ashley Hawkins Freeman**
        OF COUNSEL