**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY KEITH VAUGHN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 3:06-cv-1048-MHT-WC |
| ) | |
| **OFFICER SCROGGINS, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ANSWER

COME NOW Sheriff Jay Jones, Officer Leon Aaron, and Officer James Scroggins, the Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants deny each and every allegation made by the Plaintiff and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1.   The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.   The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.   The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4.   Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust available administrative remedies and because he has not suffered an injury that is greater than de minimus.

6. Plaintiff fails to allege the requisite affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Fourth, Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

10. This Court lacks subject matter jurisdiction over Plaintiff's claims.

11. The Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 28th day of February, 2007.

**s/Ashley Hawkins Freeman**
DARYL L. MASTERS, Bar No. MAS018
ASHLEY HAWKINS FREEMAN Bar No. FRE044
Attorneys for
James Scroggins, and Leon Aaron
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the **28th** day of **February, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

                              **Anthony Keith Vaughn**
                              **AIS #168490**
                              **Lee County Detention Center**
                              **P. O. Box 2407**
                              **Opelika, AL  36801**


                                  s/Ashley Hawkins Freeman
                                     OF COUNSEL