IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ANTHONY KEITH VAUGHN           *

    Plaintiff,               *

      v.                    *           3:06-CV-1048-MHT

OFFICER SCROGGINS, *et al.*,   *

    Defendants.              *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 12) is GRANTED; and

2. Defendants are GRANTED an extension from March 1, 2007 to March 2, 2007 to file their answer and written report.

Done, this 2nd day of March 2007.

                                            /s/Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-01048-WC    Document 15    Filed 03/02/2007    Page 2 of 2