Anthony Keith Vaughn
    Plaintiff

V.

Officer James Scroggins Et. Al. 7.

RECEIVED
2007 APR -6 A 9:07

DE[B]RA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:06,-CV-1048 MHT (WO)

## OBJECTION TO DISMISSAL

Comes Now THE Plaintiff, Anthony Keith Vaughn on the above styled caused to Object to any motion for Dismissal Based on

1.) The Plaintiff has not fail to comply nor ignored the Court order to respond to the Defendant Answer and written report as required by March 22, of 2007

2.) Due to Construction of Lee County Detention Facility. The Plaintiff (which is an Indegent Inmate.) has not had access to law library or can't afford legal counsel to assist in filing an opposition, and or legal access to research case.

3.) In light of forgoing, Plaintiff therefore and thus have not abandon claim set forth in the complaint, and would like to prosecute this action further, ID.
Additionally to include, that the court please consider the motion for extension of time filed on March 22, 2007.

IN RESPECT FOR THIS COURT AND ITS AUTHORITY
THE PLAINTIFF APPARENTLY CONCLUDES,
FOR THE FOREGOING REASONS, REQUEST PRAYERFULL
THAT THIS CASE BE CONTINUED WITHOUT PREJUDICE,
AND ACCEPT THIS WRITTEN OBJECTION FROM THE PLAINTIFF

DONE, THIS __4th__ DAY OF APRIL 2007

X _Anthony L. Vaughn #163492_

MONTGOMERY AL 361
05 APR 2007 PM 4 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery AL. 36101-0711

36101+0711

Anthony K. Vaughn
P.O. Box 2407
Opelika AL. 36801