IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ANTHONY KEITH VAUGHN     *

    Plaintiff,     *

    v.     *     3:06-CV-1048-WC

OFFICER SCROGGINS, *et al.*,     *

    Defendants.     *

_____

**ORDER**

Upon consideration of Plaintiff's objections filed April 6, 2007, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered April 2, 2007 (Doc. No. 17) be and is hereby VACATED.

It is further

ORDERED that Plaintiff is GRANTED an extension from March 22, 2007 to April 18, 2007 to file his opposition in accordance with the directives contained in the court's March 2, 2007 order.

Done, this 9th day of April 2007.

        /s/Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE