IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

ANTHONY KEITH VAUGHN, )
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-01048-WC
)
OFFICER SCROGGINS, ET AL., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **James Scroggins**, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

James Scroggins and Leon Aaron
Counsel for (print names of all parties)

P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, ____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____U.S. MAIL_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Anthony Keith Vaughn

AIS #168490

Lee County Detention Center

P. O. Box 2407

Opelika, Alabama 36801

_____6·20·07_____          _____[signature]_____
         Date                          Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

ANTHONY KEITH VAUGHN ,
)
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-01048-WC
)
OFFICER SCROGGINS, ET AL. )
,
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Leon Aaron__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____                    _____

_____                    _____

_____                    _____

6/20/2007                                      _____(Signature)_____
Date

Daryl L. Masters
(Counsel's Name)

James Scroggins and Leon Aaron
Counsel for (print names of all parties)
P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. MAIL__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Anthony Keith Vaughn

AIS #168490

Lee County Detention Center

P. O. Box 2407

Opelika, Alabama 36801

__6-20-07__
Date

__[signature]__
Signature