IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ANTHONY KEITH VAUGHN　　　*

　　Plaintiff,　　　　　　　　*

　　　v.　　　　　　　　　　*　　3:06-CV-1048-WC
　　　　　　　　　　　　　　　　　(WO)
OFFICER SCROGGINS, *et al.*,　*

　　Defendants.　　　　　　　*

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the

**ORDER, JUDGMENT, and DECREE** of the court that this action is DISMISSED without

prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58,  *Federal Rules of Civil Procedure*.

Done, this 28th day of October 2008.


　　　　　　　　　　　　　　　　 /s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE